**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | No. 24-cr-460-01-CKK |
| | : | |
| v. | : | |
| | : | |
| KRISTEN OLIVER CUNNINGHAM, | : | |
| | : | |
| *Defendant*. | : | |
| | : | |

**DEFENDANT'S WAIVER OF
ARRAIGNMENT AND ENTRY OF PLEA OF NOT GUILTY**

I hereby acknowledge that I am the defendant named above and I have received a copy of the information in this case. I understand that I have the right to have the information read to me in open court pursuant to Rule 10 of the Federal Rules of Criminal Procedure, but that consistent with Rules 10(b) and 43(b)(2) of the Federal Rules of Criminal Procedure, I can waive my right to be present for any arraignment.

I have discussed the charges in the information and the waiver of appearance at arraignment with my counsel and I fully understand the nature of the offenses charged and my right to appear at arraignment. Understanding my rights, pursuant to Rule 10(b) of the Federal Rules of Criminal Procedure, I do hereby freely and voluntarily waive my right to an arraignment on the information and my right to have it read to me in open court.

As evidenced by my signature below, I do hereby waive formal arraignment and enter my plea of NOT GUILTY to the information this 17th day of October, 2024 and ask the Court to accept this plea and waiver pursuant to Rule 10(b)(3) obviating the need to conduct an arraignment during the virtual plea hearing scheduled for October 21, 2024, which I will attend via videoconference with my counsel.

Kristen Oliver Cunningham
Defendant

Christopher Macchiaroli
Counsel for Defendant Kristen Oliver Cunningham

Respectfully submitted,

**SILVERMAN|THOMPSON|SLUTKIN|WHITE, LLC**

/s/ Christopher Macchiaroli
Christopher Macchiaroli (D.C. Bar No. 491825)
1775 I Street, NW, Suite 1150
Washington, D.C. 20006
Telephone: (202) 539-2444
Facsimile:  (410) 547-2432
Email: cmacchiaroli@silvermanthompson.com

*Counsel for Defendant*